IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANTONIO ESTRADA, #QN7083,** | : | **Civil No. 3:21-cv-1955** |
| **Plaintiff,** | : | |
| v. | : | |
| **TINA LITZ, Warden, et al.,** | : | |
| **Defendants.** | : | **Judge Sylvia H. Rambo** |

# O R D E R

AND NOW, this 30th day of May, 2023, in accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED** as follows:

1) The report and recommendation (Doc. 11) is **ADOPTED**.

2) This action is **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), 28 U.S.C. § 1915A(b)(1), and 42 U.S.C. § 1997e(c)(1).

3) The Clerk of Court is **DIRECTED** to close this file.

4) Any appeal taken from this order is deemed frivolous and not in good faith.

s/Sylvia H. Rambo
United States District Judge